# United States District Court
## Southern District of Georgia

ALEXIS RODRIGUEZ GARCIA

Plaintiff

v.   WAL-MART ASSOCIATES, INC., et al.

Defendant

Case No.   4:25-cv-00181-RSB-CLR

Appearing on behalf of

Plaintiff Alexis Rodriguez Garcia

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   20th   day of   August   , 2025   .

*[Signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   LEONARD D. BROOKS, III

Business Address:   THE LAW OFFICES OF JOHN MORRISON, LLC
Firm/Business Name

1995 Lower Roswell Road
Street Address

| Street Address (con't) | Marietta | GA | 30068 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| | Address Line 2 | City | State | Zip |
|---|---|---|---|---|

(770) 951-8900               085121
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   Lee@johnmorrisonlaw.com