**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ALEXIS RODRIGUEZ GARCIA,

            Plaintiff,

v.

                                 Civil Action No.: 4:25-cv-181

WAL-MART STORES EAST, LP and JOHN
DOES 1-2,

            Defendants.

## THIRD AMENDED SCHEDULING ORDER

      The parties jointly move to extend all remaining deadlines.  Doc. 27.  This is their third request to extend these deadlines.  *See* docs. 23 & 25.  In the Second Amended Scheduling Order, the Court found good cause for an additional extension of the discovery deadlines, based predominately on Plaintiff's ongoing treatment and the Defendant's difficulty in receiving bills and records from Plaintiff's third-party treatment providers, but indicated it would not be inclined to extend the deadlines again absent a specific showing of unforeseeable circumstances that prevented the parties from completing the needed discovery within the extended time.  Doc. 26 at 1.  The parties' current motion explains that Plaintiff's deposition has now been taken, and the Rule 30(b)(6) deposition of Defendant's corporate representative is scheduled for April 14, 2026.  Doc. 27 at 1-2.  Additionally, Plaintiff has identified additional fact witnesses and provided testimony about a possible additional witness.  *Id.* at 2.  Plaintiff also continues to treat for the injuries he alleges he sustained in the incident underlying this lawsuit, and Defendant continues to face difficulty in obtaining responses to subpoenas from Plaintiff's medical providers.  *Id.* at 3-4.

1

The parties represent that they do not anticipate any additional extension of these deadlines. *Id.* at 4-5.

The Court is satisfied that the parties have made the requisite showing and therefore **GRANTS** their Joint Motion to Modify Scheduling Order. Doc. 27. Therefore, pursuant to Federal Rule of Civil Procedure 16(b), the following deadlines shall apply. However, these deadlines shall not be extended again except upon a specific showing of unforeseeable circumstances that prevented the parties from completing the needed discovery within this extended time. Fed. R. Civ. P. 16(b)(4). Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULES 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | June 2, 2026 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | June 15, 2026 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | June 23, 2026 |
| DEFENDANTS' DEADLINE TO SERVE EXPERT WITNESS REPORTS | July 24, 2026 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | August 24, 2026 |

STATUS REPORT DUE[1]                                                      September 4, 2026

LAST DAY FOR FILING ALL CIVIL MOTIONS,                       September 25, 2026
INCLUDING *DAUBERT* MOTIONS, BUT
EXCLUDING MOTIONS IN LIMINE

    **SO ORDERED**, this 2nd day of April, 2026.

                                       _____
                                       CHRISTOPHER L. RAY
                                       UNITED STATES MAGISTRATE JUDGE
                                       SOUTHERN DISTRICT OF GEORGIA

---

1 A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms."  The parties are directed to use the content and format contained in this Form when reporting to the Court.