**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ALEXIS RODRIGUEZ GARCIA,

                Plaintiff,

v.                                                                          Civil Action No.: 4:25-cv-181

WAL-MART STORES EAST, LP and JOHN
DOES 1-2,

                Defendants.

**FOURTH AMENDED SCHEDULING ORDER**

Defendant Wal-Mart Stores East, LP, moves, with Plaintiff's consent, to extend the deadline for non-expert discovery depositions to accommodate the Rule 30(b)(6) deposition of Plaintiff's treating physician's practice, Ortho Sport & Spine.  Doc. 29.  The deposition has been rescheduled since Plaintiff continues to treat.  *Id.* at 1-2.  The deposition is currently scheduled for July 8, 2026.  *Id.* at 2.  The Court is satisfied that Defendant has made the requisite showing to extend the deadline to complete the Rule 30(b)(6) deposition of Ortho Sport & Spine. Defendant's motion is, therefore, **GRANTED**.  Doc. 29.  All other deadlines will remain.  *See* doc. 28.

Therefore, pursuant to Federal Rule of Civil Procedure 16(b), the following deadlines shall apply.  However, these deadlines shall not be extended again except upon a specific showing of unforeseeable circumstances that prevented the parties from completing the needed discovery within this extended time.  Fed. R. Civ. P. 16(b)(4).  Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first

1

contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension.   When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | July 8, 2026 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | June 23, 2026 |
| DEFENDANTS' DEADLINE TO SERVE EXPERT WITNESS REPORTS | July 24, 2026 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | August 24, 2026 |
| STATUS REPORT DUE[1] | September 4, 2026 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | September 25, 2026 |

**SO ORDERED**, this 16th day of June, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

1 A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms."  The parties are directed to use the content and format contained in this Form when reporting to the Court.

2